UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 FEB -9 P 12: 02

US DISTRICT COURT
BRIDGEPORT CT

JOHN TONDALO

    Plaintiff.

V.                                              CIVIL ACTION NO.
                                                3:03CV00965(WWE)

BARBERINO BROS., INC.

NISSAN MOTOR ACCEPTANCE CORP.

Defendant.                                      JANUARY 26, 2004

## STIPULATION FOR DISMISSAL

The plaintiff through his attorney Michael W. Kennedy and co-defendant Barberino Brothers, Inc. through its attorney William McGrath, Jr., and the co-defendant Nissan Motor Acceptance corporation through its attorney William J. O'Sullivan stipulate that the claims in the above-entitled action shall be dismissed with prejudice and without costs, subject to approval of the Court.

                              THE PLAINTIFF

                              BY _____
                              Michael W. Kennedy, Esq.
                              101 West Main St.
                              Branford, CT 06405
                              Fed. Juris No. ct19664
                              (203) 481-4040

THE DEFENDANT

By_____
William J. Mcgrath, Jr
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Fed. Bar. No. CT04314
(860) 522-6103


THE DEFENDANT

By_____
William J O'Sullivan   ct 08452
Baker O' Sullivan & Bliss, PC
Putnam Park, Suite 100
100 Great Meadow Road
Wethersfield, CT 06109-2371
(860) 258-1993

THE DEFENDANT

By /s/ William J. McGrath, Jr.
William J. Mcgrath, Jr
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Fed. Bar. No. CT04314
(860) 522-6103

THE DEFENDANT

By_____
William J O'Sullivan
Baker O' Sullivan & Bliss, PC
Putnam Park, Suite 100
100 Great Meadow Road
Wethersfield, CT 06109-2371
(860) 258-1993

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following parties of record postage prepaid this ____ day of February, 2004:

William J. Mcgrath, Jr
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103

William J O'Sullivan
Baker O' Sullivan & Bliss, PC
Putnam Park, Suite 100
100 Great Meadow Road
Wethersfield, CT 06109-2371

_____
Michael W. Kennedy