UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 FEB -9 P 12: 02
US DISTRICT COURT
BRIDGEPORT CT

JOHN TONDALO

Plaintiff.

V.

CIVIL ACTION NO.
3:03CV00965(WWE)

BARBERINO BROS., INC.

NISSAN MOTOR ACCEPTANCE CORP.

Defendant.                                              JANUARY 26, 2004

## STIPULATION FOR DISMISSAL

The plaintiff through his attorney Michael W. Kennedy and co-defendant Barberino Brothers, Inc. through its attorney William McGrath, Jr., and the co-defendant Nissan Motor Acceptance corporation through its attorney William J. O'Sullivan stipulate that the claims in the above-entitled action shall be dismissed with prejudice and without costs, subject to approval of the Court.

APPROVED and SO ORDERED

FILED
2004 FEB 10 P 4:11
US DISTRICT COURT

THE PLAINTIFF

BY _____
Michael W. Kennedy, Esq.
101 West Main St.
Branford, CT 06405
Fed. Juris No. ct19664
(203) 481-4040